ROBERTS MANUFACTURING COMPANY v. FREDERICK P. WRIGHT.[1]

Nov. 4, 1895.

Nos. 9491—(51).

**Corporation—Liability of Promoters.**

Evidence considered, and *held* that it sustains the material findings of fact and the conclusions of law of the trial court to the effect that the defendant is individually liable upon the contract which is the subject-matter of this action.

Appeal by defendant from an order of the district court for Ramsey county, Egan, J., denying a motion for a new trial, after trial by the court and order for judgment for plaintiff for $179.09. Affirmed.

*Stevens, O'Brien, Cole & Albrecht,* for appellant.
*Robertson Howard,* for respondent.

START, C. J. The questions involved in this case were considered and decided in Roberts Mnfg. Co. v. Schlick, supra, p. 332, 64 N. W. 826. The evidence in this case differs from that in the

[1] Reported in 64 N. W. 827.

Schlick Case, in that this defendant was one of the original promoters, and signed the original articles of association, was one of the original directors, and attended only two meetings of the board of directors, on April 18 and May 6, but never paid anything on the contract in question, and denies that he ever had any knowledge of the making of it.   We are of the opinion that the material findings of fact and conclusions of law of the trial court are sustained by the evidence.

Order affirmed.